FILED
CLERK, U.S. DISTRICT COURT

AUG 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VINCENT R. CASIO,<br><br>          Petitioner,<br><br>  v.<br><br>J. MACCOMBER, Warden,<br><br>          Respondent. | CV 14-01723-VAP (SH)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made.  The Court accepts the findings and recommendations of the Magistrate Judge.

1

1  IT IS THEREFORE ORDERED that Judgment be entered denying the
2  Petition and the action is dismissed with prejudice.
3  DATED: Aug 18 2014

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE