FILED
CLERK, U.S. DISTRICT COURT

AUG 18 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VICENT R. CASIO, | ) CV 14-01723-VAP (SH) |
|  | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| J. MACOMBER, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: Aug 18 2014

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1